ALEXANDER V. SVERDLOV (NY Bar 4918793)

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

KYLA M. SNOW
MICHAEL F. KNAPP
ALEXANDER V. SVERDLOV
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 305-8550
Email:  alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION**

| | |
|---|---|
| **KATHRYN DUNLAP** and **JAMES DUNLAP**,<br><br>         *Plaintiffs*,<br><br>v.<br><br>**THOMAS J. VILSACK**, in his official capacity as U.S. Secretary of Agriculture; and **ZACH DUCHENEAUX**, in his official capacity as Administrator, Farm Services Agency,<br>         *Defendants*. | Civil Action No.2:21-cv-00942-SU<br><br>**DEFENDANTS' STATUS REPORT** |

In accordance with the Court's September 21, 2021 Order, ECF 42, Defendants respectfully submit the following status report:

1. Plaintiffs in this action challenge Section 1005 of the America Rescue Plan Act of 2021. Because Plaintiffs are members of a class certified by the Court in the first-filed of these challenges, *Miller v. Vilsack*, Case No. 4:21-cv-595 (N.D. Tex.), Defendants moved for—and the Court granted—a stay of this action pending resolution of the *Miller* litigation. ECF 42 at 5.

2. The *Miller* class litigation remains ongoing. Plaintiffs and Defendants previously filed cross-motions for summary judgment on March 11, 2022, but the intervention of additional parties has reset the summary-judgment schedule. The parties are currently scheduled to complete summary-judgment briefing by August 2, 2022.

3. Because the *Miller* case is still pending, and Plaintiffs remain members of the class certified in that case, the interests of judicial efficiency weigh in favor of continuing the stay.

DATED:  June 21, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

 /s/ Alexander V. Sverdlov
ALEXANDER V. SVERDLOV
   (NY Bar 4918793)
KYLA M. SNOW
MICHAEL F. KNAPP
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 305-8550
Email:  alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*