Christina M. Martin, OSB #084117
Lead Counsel
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, Florida 33410
Telephone: (561) 691-5000
CMartin@pacificlegal.org

Wencong Fa, Cal. Bar No. 301679*
Daniel M. Ortner, Cal. Bar No. 329866*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
WFa@pacificlegal.org
DOrtner@pacificlegal.org

Glenn E. Roper, Colo. Bar No. 38723*
Pacific Legal Foundation
1745 Shea Center Dr., Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
GERoper@pacificlegal.org

*Attorneys for Plaintiffs*
* *pro hac vice*


# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PENDLETON DIVISION

| | |
|---|---|
| KATHRYN DUNLAP and JAMES DUNLAP, | Case No. 2:21-cv-00942-HL |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| THOMAS J. VILSACK, in his official capacity as U.S. Secretary of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator, Farm Service Agency, | |
| Defendants. | |

*P.s' Notice of Voluntary Dismissal - 1*

On August 16, 2022, the President signed legislation that repeals the statutory provisions at issue in this litigation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs James Dunlap and Kathryn Dunlap hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs voluntarily dismiss this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED: September 7, 2022.

Respectfully submitted,

Wencong Fa
Cal. Bar No. 301679*
Daniel M. Ortner
Cal. Bar No. 329866*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
WFa@pacificlegal.org
DOrtner@pacificlegal.org

By  /s/ Christina M. Martin
Christina M. Martin, OSB #084117
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, Florida 33410
Telephone: (561) 691-5000
CMartin@pacificlegal.org

Glenn E. Roper
Colo. Bar No. 38723*
Pacific Legal Foundation
1745 Shea Center Dr., Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
GERoper@pacificlegal.org

*Attorneys for Plaintiffs Kathryn and James Dunlap*
*\* pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I filed the foregoing document with the Clerk of the Court through the District Court's ECF system, which will send notice of this filing to all counsel of record.

 s/ Christina M. Martin
 Christina M. Martin