IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Kathryn Dunlap et al, | |
| Plaintiffs, | Civ. No. 2:21-cv-00942-HL |
| v. | JUDGMENT |
| Secretary of Agriculture et al, | |
| Defendants. | |

This case is DISMISSED.

DATED: September 7, 2022

Melissa Aubin, Clerk

By    /s/ D. St. Germain
Deputy Clerk

1 –JUDGMENT